**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

EUGENE KINDELL,

               Petitioner,             20-CV-00304 (RA) (OTW)

     -against-                    **ORDER**

MICHAEL CAPRA,

               Respondent.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to 28 U.S.C. § 2250 and ECF 32 in which Plaintiff explains that "a large number of his documents have been destroyed/lost," the Clerk of Court is directed to furnish free copies of Petitioner's Petition for Writ of Habeas Corpus (the "Petition") (ECF 1), Defendant's Response to the Petition (ECF 26) and Defendant's Memorandum of Law in Opposition to the Petition (ECF 25). *See* 28 U.S.C. § 2250 ("If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.").

Further, the Court construes Plaintiff's January 6, 2021 letter (ECF 30) as a request to supplement the Petition with additional information. That request is **GRANTED**. Plaintiff has until **November 15, 2021** to file a Supplemental Petition. Defendant's reply, if any, is due thirty (30) days later.

The Clerk of Court is directed to mail a copy of this Order to the Plaintiff and file proof of service on the docket.

|  |  |
|---|---|
| Dated: September 9, 2021<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |