UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
EUGENE KINDELL,

                 Petitioner,              20-CV-00304 (RA) (OTW)

      -against-                         **ORDER**

MICHAEL CAPRA,

                 Respondent.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter, dated September 16, 2021, requesting additional copies of ECF 26 and ECF 25 due to flooding and water damage in his housing tier, which affected his legal property. (ECF 40). The Court sent Plaintiff copies of ECF 1, ECF 25 and ECF 26 on September 10, 2021. (ECF 37). It is unclear whether these copies were the ones damaged, or whether Plaintiff was renewing his original request for these documents. (ECF 38). Defendant is directed to confer with Plaintiff about whether these copies are the ones that were damaged in the flood and file a letter updating the Court by **October 15, 2021**.

    The Clerk of Court is directed to mail a copy of this Order to the Plaintiff and file proof of service on the docket.

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: September 22, 2021
New York, New York