UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUGENE KINDELL,

                              Petitioner,                20 **CIVIL** 0304 (RA)

      -against-                                         **JUDGMENT**

MICHAEL CAPRA,

                              Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, the petition for a writ of habeas corpus is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, the Court will not issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**DATED:** New York, New York
            September 30, 2024

                                                              **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                              BY:

                                                          **Deputy Clerk**